# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Teodoro Velade Sanch<br>Defendant. | Case No.: 09-1432M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___SDCA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  [X]  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no bail warrant & PTS Rpt findings___

1
2
3
4     and/or
5  B.  ( )  The defendant has not met his/her burden of establishing by
6     clear and convincing evidence that he/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on:_____
10    _____
11    _____
12    _____
13
14        IT THEREFORE IS ORDERED that the defendant be detained pending
15    the further revocation proceedings.
16
17    Dated:   7/10/09
18
19                                          _____/s/ Kenton_____
20                                          UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

2